IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:19-CV-49-H(2)

IROQUOIS BIO-ENERGY COMPANY,

    Plaintiff,

v.

VERTEX RAILCAR COPRORATION,

    Defendant.

**ORDER**

This matter is before the court on plaintiff's motion for prejudgment attachment, temporary restraining order, and preliminary injunction, filed August 22, 2019 [DE #17]. This matter was referred to United States Magistrate Judge Kimberly A. Swank. Following a telephonic hearing, Judge Swank filed an Order and Memorandum and Recommendation ("M&R") on September 18, 2019, granting plaintiff's motion for prejudgment attachment and recommending that plaintiff's motion for injunctive relief be denied. Neither party has objected, and the time for doing so has expired. This matter is ripe for adjudication.

A full and careful review of the M&R and other documents of record convinces the court that the recommendation of the magistrate judge is, in all respects, in accordance with the law

and should be approved. Accordingly, the court adopts the recommendation of the magistrate judge as its own. For the reasons stated therein, the motion for injunctive relief [DE #17] is DENIED.

This 24th day of October 2019.

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26