UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:19-CV-49-BO

| IROQUOIS BIO-ENERGY COMPANY, LLC, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) | **ORDER** |
| v. | ) |  |
|  | ) |  |
| VERTEX RAILCAR CORPORATION, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

By notice filed October 25, 2022, Plaintiff has informed the court that the Chapter 7 bankruptcy proceeding initiated against Defendant in the United States Bankruptcy Court for the District of Delaware, *In re Vertex Railcar Corporation*, No. 19-12071-KG (Bankr. Del.), has been closed. The automatic stay imposed by 11 U.S.C. § 362 is therefore no longer in effect, *see* 11 U.S.C. § 362(c), and the clerk is directed to lift the stay in this action. On or before **November 17, 2022**, Plaintiff shall file a notice informing the court of the status of its claims in this action.

This 3rd day of November 2022.

KIMBERLY A. SWANK
United States Magistrate Judge